ACCEPTED
03-15-00533-CV
7961983
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 8:44:12 AM
JEFFREY D. KYLE
CLERK

# The Hensley Law Firm

**Edward F. Hensley**
ed@hensleylawfirm.com

**3809 South 2nd Street, A100**
**Austin, Texas 78704**
**(512) 476-9988 Telephone**
**(512) 327-9992 Facsimile**

**Deborah Hensley Loewe**
deborah@hensleylawfirm.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 8:44:12 AM
JEFFREY D. KYLE
Clerk

November 23, 2015

Third Court of Appeals
Price Daniel Sr. Bldg.
209 W. 14th Street, Room 101
Austin, Texas 78701

> Re: Cause No. 03-15-00533-CV; *Leah Shike v. Anthony Charles Flot*; In the Third
> Court of Appeals, Texas.

Dear Sir or Madam:

Please be advised that Deborah Hensley Loewe will be on vacation from **January 18, 2016** through **January 22, 2016**. I would appreciate you not scheduling any depositions hearings, trials, or Court settings of any kind during this time.

Additionally be advised that Edward Hensley will be on vacation from **December 24, 2015** through **January 7, 2016**. I would appreciate you not scheduling any depositions hearings, trials, or Court settings of any kind during this time.

By copy of this letter, all counsel of record are being notified of this notice.

Thank you for your assistance with this matter.

Sincerely,

Jenaya Farley
Litigation Paralegal

cc:     Ethan Goodwin *(via facsimile (512) 383-0503)*